IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-CR-72-BR-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| JOHN KENT COLVIN | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and with leave of the Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Count Seven and the second object (securities fraud) of the conspiracy charged in Count One of the indictment, for the reason that, in preparing for trial, the United States has simplified its case against defendant.

Respectfully submitted, this 31st day of May, 2010.

GEORGE E. B. HOLDING
United States Attorney

BY: /s/ Clay C. Wheeler
CLAY C. WHEELER
Assistant United States Attorney
Chief, Economic Crimes Section
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4487
E-mail: clay.wheeler@usdoj.gov
N.C. State Bar No. 38713

Leave of Court is granted for the filing of the foregoing dismissal.

W. EARL BRITT
SENIOR UNITED STATES DISTRICT JUDGE