UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

NO. 4:09-CR-72-D

John K. Colvin hereby appeals to the United States Court of Appeals of North Carolina from the guilty verdict of this court rendered on July 11, 2010.

A transcript, statement of facts, and other requested incidents in this case will be filed.

## CERTIFICATE

1. Postal Inspector Carroll rendered fraudulent and deceptive testimony during his court testimony on or about June 4, 2010.
2. Defendant, John K. Colvin's Fourteenth Amendment rights were violated by Postal Inspector Carroll during an interview in defendant's home in June 2009.
3. Defendant pro se requests from the court reporter who reported the trial of the United States v John Kent Colvin who is not represented by counsel and his address is PO Drawer 388, Farmville, VA 23901. Counsel for defendant has been Paul Sun.
4. A copy of the notice of appeal has been mailed to opposing counsel, and to the clerk of the U.S. Court of Appeals this 20th day of December 2010.

Respectably submitted

*John Kent Colvin*

JOHN KENT COLVIN

I AM SORRY THAT I HAD TO SUBMIT THIS PETITION IN PENCIL, BUT THIS INSTITUTION DOES NOT ALLOW INK PENS.

SINCERELY

*John Kent Colvin*

JOHN KENT COLVIN