IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 4:09-CR-72-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JOHN KENT COLVIN | ) | |

For lack of good cause shown, the Court denies defendant John Kent Colvin's Motion to Strike Untimely Objections to Presentence Report.

IT IS SO ORDERED, this 14 day of January, 2011.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE