IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-CR-00072-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN KENT COLVIN, | ) | |

This matter comes before the Court on the United States of America's Motion to seal exhibits [D.E. 112 and 113] attached to the United States' response in opposition to Defendant's motion for compassionate release. For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal exhibits [D.E. 112 and 113] attached to the United States' response in opposition to Defendant's motion for compassionate release.

SO ORDERED this _2_ day of _February_, 2021.

JAMES C. DEVER III
United States District Judge